IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **ANTHONY RAY PIERCE,** | : |
| **Plaintiff,** | : |
| VS. | : CIVIL ACTION FILE<br>: NO. 1:04-CV-105 (RLH) |
| **TARGET CORPORATION,** | : |
| **Defendants.** | : |

**O R D E R**

    This is a civil action brought pursuant to Title VII of the Civil Rights Act of 1866, as amended by the Civil Rights Act of 1991. Plaintiff, an African American male, alleges in his unverified complaint he was retaliated against by his employer who fired him after he complained to corporate head quarters that his immediate supervisor was guilty of racial discrimination against African American employees. The parties hereto have consented pursuant to 28 U.S.C. § 636(c)(1) and (2) to the undersigned full-time United States Magistrate Judge for this district to conduct any and all proceedings in connection with this case including the ordering of the entry of judgment herein.

    The defendant has filed a motion for summary judgment, an extensive statement of material facts, several affidavits, pertinent discovery and a brief in support of his motion. Plaintiff has filed a responsive brief opposing the granting of the motion to which the defendant has replied.

    The defendant has filed an extensive statement of material facts (SOF) as to which there is no genuine issue to be tried consisting of some thirty one pages and one hundred and nineteen separate facts. The plaintiff has not filed a list of material facts which he contends need to be